WILLIAM McGRANE [57761]
MAUREEN HARRINGTON [194606]
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, California 94111
Telephone:  (415) 283-1776
Facsimile:  (415) 283-1777
wmcgrane@mcgranegreenfield.com

Attorneys for Plaintiff Kathleen Mary Jones

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN MARY JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LVR HOLDINGS, L. C., a Utah limited liability company; RICHARD CUTSHALL, an individual; SHARRIE CUTSHALL, an individual,<br><br>Defendants. | Case No. C 06 3606<br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: June 6, 2006<br><br>Date: September 21, 2006<br>Time: 2:30 PM<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff KATHLEEN MARY JONES, appearing through her counsel Michael Strimling of McGrane Greenfield LLP, and Defendants LVR HOLDINGS, L.C., RICHARD CUTSHALL, and SHARRIE CUTSHALL, appearing through their counsel Peter J. Van Zandt of Bledsoe, Cathcart, Diestel, & Pederson LLP, that the

Received Event (Event Succeeded)
Date:       08/28/2006                          Time:       4:35 PM
Pages:      3                                   Duration:   1 min 3 sec
Sender:     +4159810352                         Company:
Fax Number:                                     Subject:

Ty   Aug-28-2006 04:40pm   From-BLEDSOE LAW     +415 981 0352    T-438   P.003/003   F-592

Case 3:06-cv-03606-JCS   Document 14   Filed 08/30/06   Page 2 of 2

1  Initial Case Management Conference scheduled for September 7, 2006 should be
2  continued to September 21, 2006.

3  Dated: August 28, 2006          McGRANE GREENFIELD LLP
4
5                                  By: _____
6                                      Michael Strimling
                                       Attorneys for Plaintiff
7                                      KATHLEEN MARY JONES

8  Dated: August 28, 2006          Bledsoe, Cathcart, Diestel, & Pedersen LLP
9
10                                 By: _____
                                       Peter J. Van Zandt
11                                     Attorneys for Defendants
                                       LVR HOLDINGS, L.C., RICHARD
12                                     CUTSHALL, and SHARRIE
                                       CUTHSALL
13
14
15                                          **ORDER**
16         SO ORDERED.
17
18         Dated: 8/30/06

                                            IT IS SO ORDERED
                                            Judge Phyllis J. Hamilton

---

2
Stipulation and Order Continuing Initial Case Management Conference