1  WILLIAM McGRANE [57761]
   McGRANE GREENFIELD LLP
2  One Ferry Building, Suite 220
   San Francisco, California 94111
3  Telephone:  (415) 283-1776
   Facsimile:  (415) 283-1777
4  wmcgrane@mcgranegreenfield.com

5  Attorneys for Plaintiff Kathleen Mary Jones

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11
                                                                JCS
12  KATHLEEN MARY JONES, an individual,    Case No. C 06 3606 (~~PJH~~)

13           Plaintiff,                    SUBSTITUTION OF ATTORNEYS

14  v.

15
    LVR HOLDINGS, L. C., a Utah limited
16  liability company; RICHARD CUTSHALL,
    an individual; SHARRIE CUTSHALL, an
17  individual,

18           Defendants.

19

20

21       PLEASE TAKE NOTICE THAT plaintiff KATHLEEN MARY JONES hereby

22  substitutes David M. Zeff of The Law Offices of David M. Zeff as her counsel in place

23  and instead of William McGrane of McGrane Greenfield LLP.  Mr. Zeff's contact

24  information is as follows:

25  / / /

26  / / /

---
1
Substitution of Attorneys

1  David M. Zeff
2  Law Offices of David M. Zeff
   1388 Sutter Street, Suite 820
3  San Francisco, CA 94109-5453
   (415) 923-1380
4  ZeffLaw1@aol.com

5  Dated: September 13, 2006   McGRANE GREENFIELD LLP

6

7                              By:___/s/ William McGrane_____
                                   William McGrane
8

9  Substitution accepted:

10 Dated: September 13, 2006   LAW OFFICES OF DAVID M. ZEFF

11

12                             By: __/s/ David M. Zeff_____
                                   David M. Zeff
13

14 I consent to this substitution.

15
   Dated: September 13, 2006         /s/ Kathleen Mary Jones
16                             KATHLEEN MARY JONES

17

18

19 Dated: September 15, 2006

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

20

21

22

23

24

25

26

2
Substitution of Attorneys