UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,

    Plaintiff(s),

v.

LVR HOLDINGS, ET AL.,

    Defendant(s).
_____/

Case No. C-06-3606 JCS

**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL [Docket No. 28]**

On October 27, 2006, Defendants filed a Motion to Withdraw as Counsel (the "Motion").

On December 15, 2006, the Motion came on for hearing. David Michael Zeff, counsel for Plaintiff, appeared. Peter J. Van Zandt, counsel for Defendants, also appeared.

IT IS HEREBY ORDERED that the Motion is GRANTED. The corporate defendant LVR Holdings must appear through counsel by **January 19, 2007.** Corporations may not appear in this Court, and may not defend this action except through counsel, pursuant to Civil L.R. 3-9(b). If the corporation is unable to retain new counsel, default will be entered against the corporation for failure to "otherwise defendant" pursuant to Fed. R. Civ. P. 55(a). Defendants Richard Cutshall and Sharrie Cutshall may appear in person or through counsel.

IT IS HEREBY FURTHER ORDERED that an updated case management conference statement shall be due by **January 12, 2007.** A further case management conference is set for **January 19, 2007, at 1:30 p.m.**

Dated: December 18, 2006

JOSEPH C. SPERO
United States Magistrate Judge