FILED
2007 JAN 18 PM 3:44

*Richard & Sharrie Cutshall*
*254 Onslow Place*
*West Vancouver, British Columbia V7S 1K5*
*(604) 922-4110*

RECEIVED
JAN 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Via Facsimile #(415) 522-3605

January 18, 2007

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court, Northern District of California

Re: Case No. C-06-3606 JCS

Dear Judge Spero:

At the suggestion of Karen Hom, we are writing this letter to respectfully request we be allowed to attend the status conference by telephone scheduled on January 19th at 1:30. As I mentioned to Ms. Hom and to Mr. Zeff, our 14 year olds son recently sustained a heart attack and subsequent surgery. Due to this emergency, we have been unable to obtain a new attorney to represent ourselves individually or for LVR Holdings. In addition to the medical implications, this has created a great deal of stress for us as we help our son and family adjust the various changes going forward. We therefore would ask the court if the mediation could be scheduled after April, which would give us the time to hire a new attorney and participate in the preparation of the mediation without the anxiety of our sons' medical situation.

Thank you in advance for your consideration.

Sincerely,

Richard Cutshall                              Sharrie Cutshall

Cc: David M. Zeff, Fax (415) 923-1382

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
1/18/07
Date

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>LVR HOLDINGS, ET AL.,<br><br>    Defendant.<br>_____/ | Case Number: CV06-03606 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LVR Holdings, L.C.
254 Onslow Place
West Vancouver, BC V7S 1K5
CANADA

Richard Cutshall
254 Onslow Place
West Vancouver, BC V7S 1K5
CANADA

Sharri Cutshall
254 Onslow Place
West Vancouver, BC V7S 1K5
CANADA

David M. Zeff
Law Offices of David M. Zeff
1388 Sutter Street, Suite 820
San Francisco, CA 94109

Dated: January 18, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk