UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,　　　　　　　　　　　　No. C-06-03606 JCS

　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　　　**ORDER REMOVING CASE FROM ELECTRONIC FILING SYSTEM**

LVR HOLDINGS, ET AL.,

　　　　　Defendant(s).
_____/

　　　　On January 19, 2007, Richard Cutshall and Sharrie Cutshall joined this case representing himself/herself *pro se*.  Pursuant to General Order 45  Section III  (see the Court's Electronic Case Filing Web site, ecf.cand.uscourts.gov ), cases involving pro se parties are excluded from e-filing.  Therefore, this case shall be removed from the e-filing program.  All parties are instructed henceforth to file documents in paper form with the Clerk's Office, and provide a courtesy copy for Judge Spero's chambers.

　　　　IT IS SO ORDERED.

Dated: February 27, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge