Facsimile: (415) 923-1382

Law Offices Of
David M. Zeff
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Tel: (415) 923-1380

Zefflaw1@aol.com

February 26, 2007

Hon. Joseph C. Spero, Magistrate Judge
Courtroom A, 15th Floor
United States District Court, N. D. California
450 Golden Gate Ave.
San Francisco, CA 94102

Via Fax To: 415 522 3605
And First Class Mail

Re: *Jones v. LVR, et al.*, U.S. District Court No. C 06 3606 (JCS)
    Our file 9365-3

Dear Judge Spero:

I am scheduled to be in a deposition in Orange County the morning of March 9, 2007, the day you will hold a Case Management Conference at 1:30 p.m. in the above action. After speaking with your very kind and helpful Clerk, Karen Hom today, I am requesting the Court's permission to appear at said Case Management Conference at 1:30 p.m. by telephone. I will be at the Pillsbury Winthrop Shaw Pittman law office in Orange County. I will provide Karen with a land line number there within the next few days. If that line does not work, I will provide Karen with my cell phone number just in case.

I respectfully request that I be permitted to appear for Mrs. Jones by telephone at the Case Management Conference at 1:30 p.m. on March 9, 2007. Thank you.

Very truly yours,

David M. Zeff

cc: Mr. & Mrs. Cutshall & LVR via fax and email; Client & B. McGrane, via email only
DMZ:hs:9365-3

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
Date