Michael Brooks Carroll (Bar #54904)
Christopher C. Pike (Bar #246021)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379

Attorneys for Defendant
LVR HOLDINGS, LLC, RICHARD CUTSHALL,
SHARRI CUTSHALL

E-FILED APR 17 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED '07 APR 16 PM 3:46 RICHARD W. WIEKING U.S. DISTRICT COURT DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,

    Plaintiff,

vs.

LVR HOLDINGS, ET AL.,

    Defendant.

Case No. CV06-03606 JCS

STIPULATION AND ORDER EXTENDING TIME FOR COMPLETION OF MEDIATION

Plaintiffs KATHLEEN MARY JONES (hereinafter "PLAINTIFF"), and Defendants LVR HOLDINGS, RICHARD CUTSHALL and SHARRI CUTSHALL (hereinafter "DEFENDANTS"), acting through their undersigned counsel of record, herby stipulate to request the Court extend the deadline for mediation in the above-captioned matter up to an including May 31, 2007. The purpose of this stipulated request is to allow counsel for Defendants, who were recently engaged, to become familiar with this matter and confer with Defendants so that there can be a meaningful mediation.

- 1 -  STIPULATION AND ORDER

Dated: April 16, 2007

LAW OFFICES OF
DAVID M. ZEFF

By: David M. Zeff, Esq.
Attorneys for Plaintiffs

LAW OFFICES OF
MICHAEL BROOKS CARROLL

By: Christopher C. Pike, Esq.
Attorneys for Defendants LVR HOLDINGS, LLC, RICHARD CUTSHALL and SHARRI CUTSHALL

## ORDER

Good cause appearing, it is hereby ordered that the time for conducting mediation should be extended such that mediation should occur by May 31, 2007.

So ordered this 17th day of April, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

By U.S. Mail

I, Christopher C. Pike, declare:

I am a citizen of the United States, am over the age of eighteen years, and not a party to or interested in the within entitled action. My business address is 300 Montgomery Street, Suite 650, San Francisco, California 94104.

On April 16, 2007, I served the following:
- APPLICATION FOR ORDER EXTENDING TIME FOR COMPLETION OF MEDIATION
- STIPULATION AND ORDER EXTENDING TIME FOR COMPLETION OF MEDIATION

by First Class Mail, by placing a true copy thereof enclosed in a sealed, fully prepaid envelope with the United States Postal Service in San Francisco, California, addressed as follows:

David M. Zeff, Esq.
Law Offices of David M. Zeff
1388 Sutter Street, Suite 820
San Francisco, CA 94109

Attorneys for Plaintiff Kathleen Mary Jones

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Proof of Service was executed on April 16, 2007.

Christopher C. Pike