# Law Offices Of
# David M. Zeff
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Tel: (415) 923-1380

Facsimile: (415) 923-1382

Zefflaw1@aol.com

April 24, 2007

Hon. Joseph C. Spero, Magistrate Judge
Attention: Ms. Karen Hom
Courtroom A, 15th Floor
United States District Court, N. D. California
450 Golden Gate Ave.
San Francisco, CA 94102
*Via Fax Only To: 415 522 3605*

Re: *Jones v. LVR, et al.*, U.S. District Court No. C 06 3606 (JCS)
    Our file 9365-3
    May 4, 2007 Case Management Conference at 10:30 a.m.

Dear Judge Spero:

I respectfully request that I be permitted to attend the above Case Management Conference, now reset to 10:30 a.m., by telephone. I will be at my office number, 415 923 1380, waiting for the Court's call, if I am permitted to so appear. Thank you!

Very truly yours,

David M. Zeff

DMZ:hs:9365-3:
cc: Mr. Carroll, via fax only to: (415) 421-7379

Dated: April 24, 2007

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA