Law Offices Of
# David M. Zeff
1388 Sutter Street, Suite 820
San Francisco, CA 94109
Tel: (415) 923-1380

ZeffLaw1@aol.com                                   Facsimile: (415) 923-1382

June 21, 2007

Hon. Joseph C. Spero, Magistrate Judge                    <u>Efiled</u>
Courtroom A , 15th Floor
United States District Court, N. D. California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: <u>*Jones v. LVR, et al.*</u>, U.S. District Court No.  C 06 3606 (JCS)
    Our file 9365-3\ June 29, 2007 Case Management Conference at 1:30 p.m.

Dear Judge Spero:

I respectfully request that I be permitted to attend the above Case Management Conference by telephone.  If this request is granted, I will be at my office number, 415 923 1380, waiting for the Court's call.  Thank you!

Very truly yours,

David M. Zeff

DMZ:hs:9365-3

Dated: June 22, 2007



IT IS SO ORDERED
Judge Joseph C. Spero