MICHAEL BROOKS CARROLL
CHRISTOPHER C. PIKE

**LAW OFFICES OF**
**MICHAEL BROOKS CARROLL**
SUITE 650
300 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 788-7600
FACSIMILE
(415) 421-7379

June 25, 2007

E-filed
Hon. Joseph C. Spero, Magistrate Judge
Courtroom A, 15th Floor
United States District Court, N.D. California
450 Golden Gate Ave.
San Francisco, CA 94102

RE:    *Jones v. LVR, et al.*, U.S. District Court No. C 06 3606 (JCS)- Request to
       Appear Telephonically at June 29, 2007 Case Management Conference

Our File No.: 200713

Dear Judge Spero:

I respectfully request that I be permitted to attend the June 29 Case Management
Conference scheduled for 1:30 p.m. by telephone. I am involved in ongoing arbitration
that has been continued to June 29. The arbitrator in that matter has already consented to
allow a break in the arbitration so that I may attend the above Case Management
Conference by telephone.

Very truly yours.

Michael Brooks Carroll, Esq.

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge

Date