Michael Brooks Carroll (Bar #54904)
Christopher C. Pike (Bar #246021)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379

Attorneys for Defendant
LVR HOLDINGS, LLC, RICHARD CUTSHALL,
SHARRI CUTSHALL

Christopher Sullivan
McGrane Greenfield LLP
One ferry Building, Suite 220
San Francisco, CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

Attorney for Plaintiff KATHLEEN MARY JONES

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES, <br><br> Plaintiff, <br><br> vs. <br><br> LVR HOLDINGS, ET AL., <br><br> Defendant. | Case No. CV06-03606 JCS <br><br> STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE EXPERT DISCLOSURE |

Plaintiff KATHLEEN MARY JONES (hereinafter "PLAINTIFF"), and Defendants LVR HOLDINGS, RICHARD CUTSHALL and SHARRI CUTSHALL (hereinafter "DEFENDANTS"), acting through their undersigned counsel of record, herby stipulate to request the Court to extend the deadline for parties to file their Expert Witness Disclosures in the above-captioned matter up to an including August 10, 2007.


Dated: July 31, 2007

McGRANE GREENFIELD LLP

By Christopher Sullivan, Esq.
Attorney for Plaintiff KATHLEEN MARY JONES

LAW OFFICES OF
MICHAEL BROOKS CARROLL

By: Michael Brooks Carroll, Esq.
Attorney for Defendants LVR HOLDINGS, LLC, RICHARD CUTSHALL and SHARRI CUTSHALL

### ORDER

Good cause appearing, it is hereby ordered that the deadline for the parties in the above-captioned matter to file their Expert Witness Disclosures is extended up to and including August 10, 2007.

So ordered this __1st__ day of __August__, 2007



JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE