Michael Brooks Carroll (Bar #54904)
Christopher C. Pike (Bar #246021)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379

Attorneys for Defendant
LVR HOLDINGS, LLC, RICHARD CUTSHALL,
SHARRIE CUTSHALL

Christopher Sullivan
McGrane Greenfield LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

Attorney for Plaintiff KATHLEEN MARY JONES

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES, <br><br> Plaintiff, <br><br> vs. <br><br> LVR HOLDINGS, ET AL., <br><br> Defendant. | Case No. CV06-03606 JCS <br><br> STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE EXPERT DISCLOSURE |

At the request of Defendants LVR HOLDINGS, RICHARD CUTSHALL and SHARRIE CUTSHALL, Plaintiff KATHLEEN MARY JONES and Defendants LVR HOLDINGS, RICHARD CUTSHALL and SHARRIE CUTSHALL, acting through their undersigned counsel of record, herby stipulate to request the Court to extend the deadline for parties to file their Expert Witness Disclosures in the above-captioned matter up to an including August 17, 2007.

- 1 -      STIPULATION AND ORDER

Dated: August 8, 2007

McGRANE GREENFIELD LLP

By Christopher Sullivan, Esq.
Attorney for Plaintiff KATHLEEN MARY JONES

LAW OFFICES OF
MICHAEL BROOKS CARROLL

By: Christopher C. Pike, Esq.
Attorney for Defendants LVR HOLDINGS, LLC, RICHARD CUTSHALL and SHARRIE CUTSHALL

### ORDER

Good cause appearing, it is hereby ordered that the deadline for the parties in the above-captioned matter to file their Expert Witness Disclosures is extended up to and including August 17, 2007.

So ordered this __9th__ day of __August__, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE