Michael Brooks Carroll (Bar #54904)
Christopher C. Pike (Bar #246021)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379

Attorneys for Defendant
LVR HOLDINGS, LLC, RICHARD CUTSHALL,
SHARRIE CUTSHALL

Christopher Sullivan
McGrane Greenfield LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

Attorney for Plaintiff KATHLEEN MARY JONES

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES, <br><br> Plaintiff, <br><br> vs. <br><br> LVR HOLDINGS, ET AL., <br><br> Defendant. | Case No. CV06-03606 JCS <br><br> STIPULATION AND ORDER EXTENDING TIME FOR PARTIES COMPLETE DISCOVERY |

Plaintiff KATHLEEN MARY JONES (hereinafter "PLAINTIFF"), and Defendants LVR HOLDINGS, RICHARD CUTSHALL and SHARRIE CUTSHALL (hereinafter "DEFENDANTS"), acting through their undersigned counsel of record, hereby stipulate to request the Court to extend the deadline for parties to complete their discovery in the above-captioned matter up to an including September 18, 2007, in order to complete the deposition of LVR Holdings on September 11, 2007 in San Francisco, California, extend the time for LVR to respond to all

- 1 -                                    STIPULATION AND ORDER

Plaintiffs' outstanding written discovery and expert witness disclosure to August 24, 2007, and to extend from September 4, 2007 to September 18, 2007 the time for Plaintiff to respond to all pending written discovery propounded by LVR Holdings.

Dated: August 15, 2007

McGRANE GREENFIELD LLP

By Christopher Sullivan, Esq.
Attorney for Plaintiff KATHLEEN MARY JONES

LAW OFFICES OF
MICHAEL BROOKS CARROLL

By: Christopher C. Pike, Esq.
Attorney for Defendants LVR HOLDINGS, LLC, RICHARD CUTSHALL and SHARRI CUTSHALL

## ORDER

Good cause appearing, it is hereby ordered that the deadline for the parties in the above-captioned matter to complete their discovery in the above-captioned matter is extended up to and including September 11, 2007.

So ordered this 20th day of August, 2007



JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE