MICHAEL BROOKS CARROLL
CHRISTOPHER C. PIKE

LAW OFFICES OF
**MICHAEL BROOKS CARROLL**
SUITE 650
300 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 788-7600
FACSIMILE
(415) 421-7379

September 13, 2007

E-filed
Hon. Joseph C. Spero, Magistrate Judge
Courtroom A, 15th Floor
United States District Court, N.D. California
450 Golden Gate Ave.
San Francisco, CA 94102

RE: *Jones v. LVR, et al.*, U.S. District Court No. C 06 3606 (JCS)- Request to Appear Telephonically at the September 21, 2007 Case Management Conference

Our File No.: 200713

Dear Judge Spero:

I respectfully request that I be permitted to attend the September 21, 2007, case management conference scheduled for 1:30 p.m. by telephone. This request to appear telephonically is prompted by the Court's decision to reset the case management conference from the originally noticed time of 9:30 a.m. to 1:30 p.m. .

Dated: 9/17/07

[Court Seal: IT IS SO ORDERED, Judge Joseph C. Spero]

Very truly yours,

Michael Brooks Carroll, Esq.