United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES, | Case No. C-06-3606 JSC |
| Plaintiff, | ORDER SETTING FURTHER SETTLEMENT CONFERENCE |
| vs. | |
| LVR HOLDINGS L.C., et al., | |
| Defendants. | |

The Court held a further settlement conference in this matter on November 19, 2007. The Court hereby sets a further settlement conference for November 27, 2007. Attorneys for Plaintiff and Defendants shall appear. In addition, Charles Maher, attorney for bankruptcy trustee in the PlusFive Bankruptcy shall appear. Also, Steven Olson, bankruptcy counsel in the PlusFive bankruptcy shall be available via telephone.

**IT IS SO ORDERED.**

Dated: November 19, 2007

MARIA-ELENA JAMES
United States Magistrate Judge