UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES, | Case No. C-06-3606 JCS |
| Plaintiff(s), | |
| v. | **ORDER VACATING TRIAL DATE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| LVR HOLDINGS, ET AL., | |
| Defendant(s). | |

On October 17, 2007, Defendants filed a Motion to Withdraw as Counsel (the "Motion").

On December 7, 2007, the Motion came on for hearing. Maureen Greenfield, counsel for Plaintiff, appeared. Michael Brooks Carroll, counsel for Defendants, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the three (3) day bench trial date of December 17, 2007, has been VACATED.

IT IS HEREBY FURTHER ORDERED that a further case management conference, and continued hearing on the Motion, is set for **February 8, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: December 10, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge