MICHAEL BROOKS CARROLL  
CHRISTOPHER C. PIKE

LAW OFFICES OF  
**MICHAEL BROOKS CARROLL**  
SUITE 650  
300 MONTGOMERY STREET  
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE  
(415) 788-7600  
FACSIMILE  
(415) 421-7379

February 7, 2008

<u>E-filed</u>  
Hon. Joseph C. Spero, Magistrate Judge  
Courtroom A, 15th Floor  
United States District Court, N.D. California  
450 Golden Gate Ave.  
San Francisco, CA 94102

RE:   *Jones v. LVR, et al.*, U.S. District Court No. C 06 3606 (JCS)- Request to Appear Telephonically at the February 8, 2008 Continued Hearing on Michael Brooks Carroll's Motion to Withdraw and Further Case Management Conference

Our File No.: 200713

Dear Judge Spero:

This letter confirms the request I made today, February 7, 2008, with your courtroom clerk that I be permitted to attend the February 8, 2008, Continued Hearing on Michael Brooks Carroll's Motion to Withdraw and Further Case Management Conference scheduled for 1:30 p.m., by telephone. I can be reached at my office telephone number (415) 788-7600.

Dated: February 7, 2008

Very truly yours.

Michael Brooks Carroll, Esq.

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]