UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,  No. C 06-03606 JCS

    Plaintiff(s),

**ORDER TO SHOW CAUSE**

  v.

LVR HOLDINGS, ET AL.,

    Defendant(s).

_____/

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on March 7, 2008, before this Court in the above-entitled case. Plaintiff was present. Defendants LVR Holdings, and Sharrie Cutshall were not present.

IT IS HEREBY ORDERED that Defendants LVR Holdings and Sharrie Cutshall shall appear on **March 14, 2008 , at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why their defaults should not be entered. LVR Holdings may only appear through counsel. A further case management conference is also scheduled for March 14, 2008 , at 1:30 p.m., and status of retained counsel.

IT IS SO ORDERED.

Dated: March 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge