# McGRANE GREENFIELD LLP

Attorneys at Law

Please reply to:
**Gavin Harry McGrane**
San Francisco Office

Direct E-mail:
gmcgrane@mcgranegreenfield.com

In Association With
**BERLINER COHEN**
San Jose • Merced

**SAN FRANCISCO OFFICE**
One Ferry Building
Suite 220
San Francisco, CA 94111
Phone: (415) 283-1776
Fax:   (415) 283-1777

**SAN JOSE OFFICE**
40 South Market Street
Seventh Floor
San Jose, CA 95113
Phone: (408) 995-5600
Fax:   (408) 995-0308

June 10, 2008

(Via electronic filing)
Hon. Maria Elena James
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, Courtroom B
San Francisco, CA 94102

RE:   *Kathleen Mary Jones v. LVR Holdings, et al.*, Case No. 06-03606

Dear Magistrate Judge James:

The purpose of this letter is to request that the Court continue the hearing currently scheduled for Thursday, June 12, 2008 at 10:00 AM regarding Plaintiff Kathleen Mary Jones' motion to enforce the settlement. Plaintiff requests that the hearing be continued one week to Thursday, June 19, 2008 at 10:00 AM. The reason the hearing date needs to be continued is because it is not yet possible for Ford Motor Credit Company ("FMCC") to determine whether Mr. Cutshall's check for $48,000 dollars is in fact good.

Very truly yours,

McGRANE GREENFIELD LLP

*Gavin Harry McGrane*
Gavin Harry McGrane

cc:   Nelson & Kennard   (via E-mail)
      Richard Cutshall   (via US Mail)

**GRANTED**
Judge Maria-Elena James

Dated: June 10, 2008