United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES,<br><br>    Plaintiff(s),<br><br>vs.<br><br>LVR HOLDINGS,<br><br>    Defendant(s). | No. C 06-3606 JCS (MEJ)<br><br>**ORDER CONTINUING HEARING RE: MOTION TO ENFORCE** |

The Court is in receipt of Plaintiff's letter, dated June 16, 2008 (Doc. #138.) Although Plaintiff contends that there is no settlement because Defendant Richard Cutshall has failed to make a required payment, the Court notes that Cutshall submitted payment via an uncertified check drawn on a Canadian bank account. As it is necessary to determine whether the check clears before determining whether payment has been made, the Court CONTINUES the hearing on Plaintiff's Motion to Enforce, (Doc. #126), to July 3, 2008 at 10:00 a.m. in Courtroom B. The parties shall immediately notify the Court if the check clears or does not clear prior to the hearing date.

**IT IS SO ORDERED.**

Dated: June 18, 2008

MARIA-ELENA JAMES
United States Magistrate Judge