```
File No. 07-10993
Robert Scott Kennard
State Bar No. 117017
NELSON & KENNARD
2180 Harvard Street, Ste. 160  (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682

Attorneys for Interested Party
FORD MOTOR CREDIT COMPANY LLC
dba LAND ROVER CAPITAL GROUP
```

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KATHLEEN MARY JONES, | ) **CASE NO.  C06-03606** |
| Plaintiff, | ) **ORDER GRANTING REQUEST FOR** |
|  | ) **TELEPHONIC APPEARANCE** |
| vs. | ) |
| LVR HOLDINGS, | ) |
|  | ) **DATE:**   08/14/08 |
|  | ) **TIME:**   10:00 a.m. |
| Defendants. | ) **DEPT:**   B |

The request for FORD MOTOR CREDIT COMPANY dba LAND ROVER CAPITAL GROUP's counsel to appear telephonically at the hearing on Status Conference noticed for August 14, 2008 at 10:00 a.m. in

///

///

///

ORDER - 1

| | |
|---|---|
| 1 | Department B of the above-entitled court, the Honorable Maria Elena |
| 2 | James, Magistrate presiding, is granted. ~~At the time and place of~~ Prior to |
| 3 | the hearing, counsel shall contact the Court with the toll-free or local number at |
| 4 | which he may be reached for ~~(telephone number) to arrange~~ his appearance at the hearing. |
| 5 | |
| 6 | Dated: August 13, 2008 |
| 7 | Honorable Maria Elena James |
| 8 | United States Magistrate Judge |

ORDER - 2