IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,

    Plaintiff(s),

vs.

LVR HOLDINGS,

    Defendant(s).

No. C 06-3606 JCS (MEJ)

**ORDER SCHEDULING FURTHER STATUS HEARING**

**AUGUST 28, 2008 AT 10:00 A.M.**

On August 14, 2008, the Court held a hearing regarding the status of the parties' settlement agreement. Gavin McGrane appeared on behalf of Plaintiff Kathleen Mary Jones, and Robert Scott Kenard appeared on behalf of Third Party Ford Motor Credit Company. Defendant Richard Cutshall failed to appear. At the hearing, Mr. Kenard stated that Ford has still not received the final payment of $45,000, but that Mr. Cutshall has offered to provide a cashier's check for the amount, in place of the personal check(s) submitted in May.

Based on discussions at the hearing, the Court ORDERS Richard Cutshall to either (a) provide a cashier's check in the amount of $45,000 to Ford Motor Credit Company by August 22, 2008, or (b) ensure the clearance of the personal check he submitted in May by August 22, 2008. The Court shall conduct a further status hearing on August 28, 2008 at 10:00 a.m. in Courtroom B. Both Plaintiff's and Ford's counsel shall attempt communication with Mr. Cutshall in furtherance of this Order. The parties shall file a joint or individual status statement(s) by August 25, 2008. **All parties are required to attend the hearing. If any party wishes to appear by telephone, that party shall provide a local or toll-free number at which they may be reached by August 25, 2008.**

    **IT IS SO ORDERED.**

Dated: August 14, 2008

    MARIA-ELENA JAMES
    United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,

        Plaintiff,

v.

LVR HOLDINGS et al,

        Defendant.

Case Number: CV06-03606 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Cutshall
254 Onslow Place
West Vancouver, BC V7S 1K5

Dated: August 14, 2008

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk