IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES,<br><br>       Plaintiff(s),<br><br>  vs.<br><br>LVR HOLDINGS,<br><br>       Defendant(s).<br>_____ / | No. C 06-3606 JCS (MEJ)<br><br>**ORDER FOR FORD MOTOR CREDIT COMPANY TO RESPOND TO PLAINTIFF'S ARGUMENT RE: PAYMENT** |

     The Court is in receipt of Plaintiff's counsel's letter, dated August 14, 2008, (Dkt. #152), requesting that the Court order Third Party Ford Motor Credit Company ("Ford") to respond in writing to Plaintiff's argument regarding Ford's state court action against her, as detailed in Plaintiff's counsel's letter brief, dated July 10, 2008. (Dkt. #145.) The Court hereby GRANTS Plaintiff's request. Ford shall file and serve its response by August 25, 2008. However, if Mr. Cutshall tenders the final payment by August 22, 2008 (as instructed in this Court's August 14 Order, Dkt. #154), and Ford dismisses its state court action before August 25, Ford need not respond to Plaintiff's argument.

     **IT IS SO ORDERED.**

Dated: August 14, 2008

                                                       _____
                                                     MARIA-ELENA JAMES
                                                     United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,

    Plaintiff,

v.

LVR HOLDINGS et al,

    Defendant.

Case Number: CV06-03606 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Cutshall
254 Onslow Place
West Vancouver, BC V7S 1K5

Dated: August 14, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk