IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARY JONES, | No. C 06-3606 JCS (MEJ) |
| Plaintiff(s), | **ORDER SETTING DEADLINE FOR PAYMENT** |
| vs. | |
| LVR HOLDINGS, | |
| Defendant(s). | |

On August 28, 2008, the Court held a hearing regarding the status of the parties' settlement agreement. Gavin McGrane appeared on behalf of Plaintiff Kathleen Mary Jones, Robert Scott Kenard appeared on behalf of Third Party Ford Motor Credit Company, and Defendant Richard Cutshall appeared on his own behalf. Based on discussions at the hearing, the Court ORDERS Richard Cutshall to provide a valid cashier's check or electronic wire in the amount of $45,000 to Ford by September 22, 2008. If Mr. Cutshall does not provide payment by September 22, as per the parties' agreement, the settlement in this matter shall be null and void, and the Court shall refer the case back to Magistrate Judge Spero for disposition.

The Court shall conduct a further status hearing on September 25, 2008 at 10:00 a.m. in Courtroom B. All parties are required to attend the hearing. If any party wishes to appear by telephone, that party shall provide a local or toll-free number at which they may be reached by

1  September 23, 2008.  If Ford received payment prior to the hearing and dismisses its state court
2  action against Plaintiff Kathleen Mary Jones, Ford shall immediately notify this Court so that it may
3  vacate the September 25 status hearing.
4  **IT IS SO ORDERED.**

6  Dated:  August 28, 2008

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARY JONES,

    Plaintiff,

v.

LVR HOLDINGS et al,

    Defendant.

Case Number: CV06-03606 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Cutshall
254 Onslow Place
West Vancouver, BC V7S 1K5

Dated: August 28, 2008

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk